No. 04–5177.  BARTON *v.* RUECHEL.  C. A. 9th Cir.  Certiorari denied.

No. 04–5178.  SANDERS *v.* LEE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 04–5179.  GREGORY ET UX. *v.* BRALY FAMILY, LLC, ET AL. Ct. App. Colo.  Certiorari denied.

No. 04–5180.  HEUSS *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 04–5181.  MYRON *v.* KRALIK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 04–5182.  BLACKWELL *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 04–5183.  GORE *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 04–5184.  LAINO *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 04–5185.  BLACK *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 04–5186.  JEREMIAH-NJIRIMANI *v.* HARBORVIEW MEDICAL CENTER ET AL.  Ct. App. Wash.  Certiorari denied.

No. 04–5192.  RYDER *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 04–5195.  MENDEZ *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.